

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00214-CV

| | | |
|---|---|---|
| Billy Wayne Green | § | From the 431st District Court |
| | § | of Denton County (15-03993-431) |
| v. | | |
| | § | December 23, 2015 |
| Stephanie Gaines | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
      Justice Bonnie Sudderth